UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

John W. Hargrave, Esquire (JH 9935)
JOHN W. HARGRAVE & ASSOCIATES
117 Clements Bridge Road
Barrington, New Jersey  08007
(856) 547-6500
Attorneys for John W. Hargrave, Ch. 7 Trustee

| | |
|---|---|
| In Re: | Case No.: 09-20654/GMB |
| LOCALBIZ USA, INC. | Judge: Gloria M. Burns |
| | Chapter: 7 |

Recommended Local Form:  ☑ Followed   ☐ Modified

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __John W. Hargrave, Esquire__, is the

    ☑ Trustee:   ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11   ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Obermayer, Rebmann Maxwell & Hippell, LLP__ to serve as:

    ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☑ Other Professional:

☐ Realtor ☐ Appraiser ☑ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:
   To assist in the investigation of the Debtor's financial affairs and investigate
   post-confirmation payments made by the Debtor
   _____

4. The professional has been selected because:
   Said Firm has considerable experience in matters of this character and Trustee
   believes that the Firm is well qualified to represent the bankruptcy estate as
   attorney in this proceeding & has special familiary with representing Trustees.

5. The professional services to be rendered are as follows:
   To investigate and pursue litigation to recover funds paid post-confirmation
   by the Debtor
   _____

6. The proposed arrangement for compensation is as follows:
   _____
   _____
   All fees subject to approval by the Bankruptcy Court

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection:_____
   _____
   _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:
   _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:
   _____
   _____
   _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: 2/10/2014  /s/ John W. Hargrave
Signature of Applicant

John W. Hargrave, Esquire
Name of Applicant

05/13/05;jml