UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

John W. Hargrave, Esquire (JH 9935)
JOHN W. HARGRAVE & ASSOCIATES
117 Clements Bridge Road
Barrington, New Jersey  08007
(856) 547-6500
Attorneys for John W. Hargrave, Ch. 7 Trustee

Order Filed on 2/25/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

LOCALBIZ USA, INC.

Case No.: 09-20654/GMB

Judge: Gloria M. Burns

Chapter: 7

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF  Obermayer, Rebmann, Maxwell & Hippell

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 2/25/2014**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

In re:   LOCALBIZ USA, INC.

Case No.:   09-20654/GMB

Applicant:   John W. Hargrave

(check all that apply) ☑ Trustee:  ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   Obermayer, Rebmann, Maxwell & Hippell

Address of Professional:   One Penn Ctr, 19th Fl, 1617 JFK Blvd

Philadelphia, PA  19103-1895

Phone:  215-665-3140

email:  edmond.george@obermayer.com

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☑ Other Professional:
  ☐ Realtor   ☐ Appraiser   ☑ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

*Approved by Judge Gloria M. Burns February  25, 2014*

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

*Approved by Judge Gloria M. Burns February 25, 2014*