| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Woodland Falls Corporate Park<br>200 Lake Drive East, Suite 110<br>Cherry Hill, New Jersey 08002-1171<br>(856) 795-3300<br>*Special Counsel for Chapter 7 Trustee, John W. Hargrave* | |
| **In re:**<br>     **LOCALBIZUSA, INC.,**<br><br>                    **Debtor.** | **Chapter 7**<br><br>**Case No. 09-20654 (JNP)** |
| **LOCALBIZUSA, INC., by and through JOHN W. HARGRAVE, Chapter 7 Trustee,**<br><br>            **Plaintiff,**<br>     **v.**<br>**THOMAS J. FREUND,** *et al.***,**<br><br>            **Defendants.** | **Adversary No. 14-1454 (JNP)** |

## CERTIFICATION OF SERVICE

1.     I, <u>Edmond M. George</u>:

☒ represent the <u>Plaintiff, John W. Hargrave, as chapter 7 Trustee of the estate of LocalBizUSA, Inc.</u> in this matter.

☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

☐ am the _____ in this case and am representing myself.

2.     On <u>January 29, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1.   Trustee's Motion to Approve the Settlement among the Chapter 7 Trustee and Thomas J. Freund, Louis Freedman, Ronald Citta, North American Marketing Tours, Inc. and International Consulting and Management Group, LLC, and Notice of Motion;

   2.   Certification of John W. Hargrave, Chapter 7 Trustee and attached exhibits;

   3.   Proposed Order

   4.   Notice of Proposed Compromise or Settlement of Controversy.

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

        Dated: <u>January 30, 2019</u>                          /s/ _Edmond M. George_____

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christopher J. Stanchina<br>Christopher J. Stanchina, Esquire LLC<br>222 New Road, Suite 206<br>Linwood, NJ 08221 | Attorney for Thomas Freund | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>**X** Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Francis Ballak, Esquire<br>Goldenberg, Mackler, Sayegh, Mintz, Pfeffer, Bonchi & Gill, P.C.<br>660 New Road, First Floor<br>Northfield, NJ 08225 | Attorney for Louis Freedman | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>**X** Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Steven J. Brog, Esquire<br>Perskie Mairone Brog Barrera & Baylinson, P.C.<br>1201 New Road, Suite 204<br>Linwood, NJ 08221 | Attorney for Capaldi Reynolds & Pelosi, P.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>**X** Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Frank L. Cahill<br>588 Lake Shore Drive<br>Parsippany, New Jersey 07054 | Member of Defendant Unique Billing Solutions, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jeffrey Rosenberg<br>37 Franklin St<br>Verona, NJ 07044 | Member of Defendant Unique Billing Solutions, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ronald Citta<br>311 N. Douglas Ave<br>Margate, NJ 08402 | Interested Party, Shareholder of NAMT and Member of ICMG | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Barry Frost, Esquire<br>311 Whitehorse Ave. Suite A,<br>Hamilton, NJ 08610 | Formerly of Teich Groh Debtor's Bankruptcy Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Becker Meisel LLC<br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039-1023 | Former Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Globalsoft Digital Solutions<br>371 Route 17 North<br>Mahwah, NJ 07430-2128 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kasen & Kasen<br>Society Hill Office Park<br>Suite 3<br>1874 E. Marlton Pike<br>Cherry Hill, NJ 08003-2038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ  08043-4376 | Trustee's Accountant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Giuliano, Miller &  Co., LLC<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, NJ  08091-9216 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| LocalBizUSA, Inc.<br>Metro Office Suites<br>120 Wood Ave. South<br>Ste. 2021<br>Iselin, NJ  08830-2736 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| North American Marketing Tours<br>c/o Eric A. Browndorf, Esq.<br>Cooper Levenson Law Offices<br>1125 Atlantic Avenue<br>Atlantic City, NJ  08401-4812 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ  08648-2389 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Unique Billing Services, Inc.<br>40 Baldwin Road<br>Parsippany, NJ  07054-2986 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite |

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | rule if applicable) |
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102-5235 | UST | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Virtus Group, LLC<br>352 Wall Street<br>Princeton, NJ  08540-1517 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Anthony Buono<br>c/o Braverman Kaskey<br>One Liberty Place<br>Philadelphia, PA  19103-4201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Anthony J. Bruno<br>c/o John E. Kaskey, Esquire<br>1650 Market Street, 56th Floor<br>Philadelphia, PA  19103-7337 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Barbara Buono<br>c/o Braverman Kaskey<br>One Liberty Place<br>Philadelphia, PA  19103-4201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ceredian<br>P.O. Box 10989<br>Newark, NJ  07193-0989 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Daniel Shaffer<br>4890 Quill Court<br>Palm Beach, FL  34685-3699 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DeWitt & Ross<br>139335 Bishop's Drive, Suite 300<br>Brookfield, WI  53005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| DeWitt Ross & Stevens S.C.<br>Sharon Galonski<br>13935 Bishop's Drive, Suite 300<br>Brookfield, WI  53005-6605 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dr. Joseph Zeccardi<br>c/o John E. Kaskey, Esquire<br>1650 Market Street, 56th Floor<br>Philadelphia, PA  19103-7337 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dr. Lawrence F. Kienle<br>c/o John E. Kaskey, Esquire<br>1650 Market Street, 56th Floor<br>Philadelphia, PA  19103-7337 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dr. Lawrence Kienle<br>CAPEHART & SCATCHARD, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ  08054-1549 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Dr. Joseph Zeccardi<br>c/o Bravererman Kaskey<br>One Liberty Place<br>Philadelphia, PA  191-3-4201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Gil Jeffrey<br>42 Longview Avenue<br>Randolph, NJ  07869-3006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Global Soft<br>371 State Rte. 17<br>Mahwah, NJ  07430-2128 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite |

5

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | rule if applicable) |
| ICMG<br>303 Dorchester Drive<br>Egg Harbor Township, NJ  08234-7673 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jack Shaffer<br>96 Louis Drive<br>Montville, NJ  07045-9050 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Joseph Fiore<br>301 Promenade<br>Edgewater, NJ  07020-2108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Lanciano & Associates<br>2 N. Highway 31<br>Pennington, NJ  08534-1624 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Netcentric Computer Solutions<br>107 Georgia Road<br>Freehold, NJ  07728-8039 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Richard J. Pepsny<br>240 Maple Avenue<br>Red Bank, NJ  07701-1731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Solutions Inc.<br>61 Princeton Highstown Road<br>Princeton Junction, NJ  08550-1120 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of Vermont<br>109 State Street<br>Montpelier, VT  05609-0002 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Unique Billing Solutions LLC<br>40 Baldwin Road<br>Parsippany, NJ  07054-2986 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Adam P. Wofse<br>LaMonica Herst & Maniscalco, LLC<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY  11793-2028 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jerry Larson<br>40 Baldwin Road<br>Parsippany, NJ  07054-2986 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Joseph Fiore<br>6 Allen Road<br>North Caldwell, NJ  07006-4606 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Lawrence Kienle<br>c/o POA Robert S. Lewis, Esq.<br>133 Algonquin Trail<br>Medford, NJ  08055-1425 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| NetcentricStrand Management<br>61 Princeton Highstown Road<br>Princeton Junction, NJ  08550-1120 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Larson<br>8 Northfield Court<br>Hazlet, NJ  07730-1259 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Stark & Stark<br>P.O. Box 5315<br>Princeton, NJ  08543-5315 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Alfred T. Giuliano<br>Giuliano Miller & Co., LLC<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, NJ  08091-9216 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Ioannis Primallis<br>c/o Adam P. Wofse, Esq.<br>Lamonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY  11793-2028 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John Primallis<br>23 Wood Chase Lane<br>Kinnelon, NJ  07405-3334 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Kleinbard Bell & Brecker<br>One Liberty Place<br>Philadelphia, PA  19103-4201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Lenny Salerno<br>6 Effingham Low Court<br>Montville, NJ  07045-9305 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

8

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| North American Consulting & Marketing<br>555 New Jersey Avenue<br>Absecon, NJ  08201-2441 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| State of New Jersey<br>Division of Employer Accounts<br>P.O. Box 245<br>Trenton, NJ  08646-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Tele Solutions<br>26760 Adams Road<br>Los Gatos, CA  95033-8178 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Virtus Group<br>221 Witherspoon Street<br>Suite 201<br>Princeton, NJ  08542-3240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Anthony Bruno<br>515 Pelham Road<br>Cherry Hill, NJ  08034-2750 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Barbara Buono<br>7 Dartmouth Court<br>Marlton, NJ  08053-2810 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| John W. Hargrave<br>Law Offices of John W. Hargrave<br>117 Clements Bridge Road<br>Barrington, NJ  08007-1803 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4834-7511-4886

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Thomas Freund<br>Morowitz & Company, LLC<br>248 S. New York Road<br>Galloway, NJ  08205-9648 | Interested Party Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jerome M. Larson Jr.<br>29 E. Garfield Avenue<br>Atlantic Highlands, NJ  07716-1429 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Joseph Zaccardi<br>93 Remsterville Road<br>Elmer, NJ  08318-2940 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Brian W. Hofmeister<br>Law Firm of Brian W. Hofmeister, LLC<br>3131 Princeton Pike<br>Bldg. 5, Suite 110<br>Lawrenceville, NJ  08648-2201 | Former Counsel to the Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Lawrence Kienle<br>25 E. Continental Drive<br>Medford, NJ  08055 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other DNJ LBR 5005-1<br>(As authorized by the Court or by rule. Cite rule if applicable) |

4834-7511-4886