Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 09–20654–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LocalBizUSA, Inc.
   Metro Office Suites
   120 Wood Ave South
   Suite 2021
   Iselin, NJ 08830

Social Security No.:

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    10/21/21
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Obermayer Rebmann Maxwell & Hippel LLP, Special Counsel

COMMISSION OR FEES
Fees: $200,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 10, 2021
JAN: har

                                                Jeanne Naughton
                                                Clerk