Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  09−20654−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   LocalBizUSA, Inc.
   Metro Office Suites
   120 Wood Ave South
   Suite 2021
   Iselin, NJ 08830

Social Security No.:

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    10/21/21
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Obermayer Rebmann Maxwell & Hippel LLP, Special Counsel

COMMISSION OR FEES
Fees: $200,000.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 10, 2021
JAN: har

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
LocalBizUSA, Inc.  
    Debtor

Case No. 09-20654-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 6  
Date Rcvd: Sep 10, 2021      Form ID: 137      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LocalBizUSA, Inc., Metro Office Suites, 120 Wood Ave South, Suite 2021, Iselin, NJ 08830-2736 |
| aty | + | Adam P. Wofse, LaMonica Herbst & Maniscalco, LLP, A Partner of the Firm, 3305 Jerusalem Avenue, Suite 201, Wantagh, NY 11793-2028 |
| aty | + | Braverman &Kaskey, P.C., One Liberty Place, 1650 Market Street, 56th Flr, Philadelphia, PA 19103-7337 |
| aty | + | Chryssa Yaccarino, Kelly & Brennan, P.C., Coast Capital Building, 1011 Hwy 71, Suite 200, Spring Lake, NJ 07762-3232 |
| aty | + | John Hargrave & Associates, 117 Clements Bridge Road, Barrington, NJ 08007-1803 |
| aty | + | Kasen & Kasen, Society Hill Office Park, Suite 3, 1874 E. Marlton Pike, Cherry Hill, NJ 08003-2038 |
| aty | + | McDowell Posternock Apell & Detrick, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Obermayer, Rebmann, Maxwell & Hippel, % Edmond George, Esq., One Penn Ctrwell & Hippel, 19th Floor, 1617 JFK Blvd Philadelphia, PA 19103-1833 |
| ptcrd | + | Anthony Bruno, 515 Pelham Road, Cherry Hill, NJ 08034-2750 |
| ptcrd | + | Barbara Buono, 7 Dartmouth Court, Marlton, NJ 08053-2810 |
| cr | + | Becker Meisel LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| cr | + | Globalsoft Digital Solutions, 371 Route 17 North, Mahwah, NJ 07430-2128 |
| cr | #+ | Jerome M. Larson, Jr., 29 E. Garfield Avenue, Atlantic Highlands, NJ 07716-1429 |
| ptcrd | + | Joseph Zaccardi, 93 Remsterville Road, Elmer, NJ 08318-2940 |
| ptcrd | | Lawrence Kienle, 25 E Continental Drive, Medford, NJ 08055 |
| intp | + | North American Marketing Tours, c/o Eric A. Browndorf, Esq., Cooper Levenson Law Offices, 1125 Atlantic Ave, Atlantic City, NJ 08401-4812 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | + | Stark & Stark, Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| acc | + | Thomas Freund, Morowitz & Company, LLC, 248 S. New York Road, Galloway, NJ 08205-9648 |
| cr | + | Unique Billing Services, Inc., 40 Baldwin Road, Parsippany, NJ 07054-2986 |
| acc | + | Virtus Group, LLC, 352 Wall Street, Princeton, NJ 08540-1517 |
| 509816365 | + | Anthony Buono, c/o Braverman Kaskey, One Liberty Place, Philadelphia, PA 19103-4201 |
| 513682135 | + | Anthony J. Bruno, c/o John E. Kaskey, Esquire, 1650 Market Street, 56th Floor, Philadelphia, PA 19103-7337 |
| 509816366 | + | Barbara Buono, c/o Braverman Kaskey, One Liberty Place, Philadelphia, PA 19103-4201 |
| 509816367 | | Becker Meisel, 354 Livingston Avenue, Livingston, NJ 07039 |
| 509971103 | + | Becker Meisel LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 509816368 | + | Ceredian, PO Box 10989, Newark, NJ 07193-0989 |
| 509816370 | | DeWitt & Ross, 139335 Bishop's Dr., Ste. 300, Brookfield, WI 53005 |
| 513682136 | + | Dr. Joseph Zeccardi, c/o John E. Kaskey, Esquire, 1650 Market Street, 56th Floor, Philadelphia, PA 19103-7337 |
| 513682158 | + | Dr. Lawrence F. Kienle, c/o John E. Kaskey, Esquire, 1650 Market Street, 56th Floor, Philadelphia, PA 19103-7337 |
| 514831574 | + | Dr. Lawrence Kienle, CAPEHART & SCATCHARD, P.A., 8000 Midlantic Drive, Suite 300 S, Mt. Laurel, NJ 08054-1549 |
| 509816371 | + | Dr.Joseph Zeccardi, c/o Braverman Kaskey, One Liberty Place, Philadelphia, PA 19103-4201 |
| 509816373 | + | Global Soft, 371 State Rte. 17, Mahwah, NJ 07430-2128 |
| 509816374 | + | ICMG, 303 Dorchester Drive, Egg Harbor Township, NJ 08234-7673 |
| 513681475 | + | Ioannis Primallis, c/o Adam P. Wofse, Esq., LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793-2028 |
| 509816376 | + | Jack Shaffer, 96 Louis Drive, Montville, NJ 07045-9050 |
| 509816377 | + | Jerry Larson, 40 Baldwin Road, Parsippany, NJ 07054-2986 |
| 509816379 | + | Joseph Fiore, 301 Promenade, Edgewater, NJ 07020-2108 |

| District/off: 0312-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 137 | Total Noticed: 60 |

| | | |
|---|---|---|
| 513665498 | + | Joseph Fiore, 6 Allen Road, North Caldwell, NJ 07006-4606 |
| 509816380 | + | Kleinbard Bell & Brecker, One Liberty Place, Philadelphia, PA 19103-4201 |
| 509816381 | + | Lanciano & Associates, 2 N. Highway 31, Pennington, NJ 08534-1624 |
| 509816383 | + | Lenny Salerno, 6 Effingham Low Court, Montville, NJ 07045-9305 |
| 509816384 | + | Netcentric Computer Solutions, 107 Georgia Road, Freehold, NJ 07728-8039 |
| 509816385 | + | NetcentricStrand Management, 61 Princeton Hightstown Road, Princeton Junction, NJ 08550-1120 |
| 509816386 | + | North American Consulting & Marketing, 555 New Jersey Avenue, Absecon, NJ 08201-2441 |
| 512699085 | + | Richard J. Pepsny, 240 Maple Avenue, Red Bank, NJ 07701-1731 |
| 509816387 | + | Robert Larson, 8 Northfield Court, Hazlet, NJ 07730-1259 |
| 509958978 | + | STATE OF NEW JERSEY, DIVISION OF EMPLOYER ACCOUNTS, PO BOX 379, TRENTON NEW JERSEY 08625-0379 |
| 514933550 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 510800495 | | Solutions Inc, 61 Princeton Highstown Road, Princeton Junction NJ 08550-1120 |
| 509816388 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 513754391 | + | State of Vermont, 109 State Street, Montpelier, VT 05609-0002 |
| 509816389 | + | Tele Solutions, 26760 Adams Road, Los Gatos, CA 95033-8178 |
| 509816391 | + | Unique Billing Solutions LLC, 40 Baldwin Road, Parsippany, NJ 07054-2986 |
| 509816392 | + | Virtus Group, 221 Witherspoon Street, Suite 201, Princeton, NJ 08542-3240 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: ddileo@giulianomiller.com | Sep 10 2021 20:29:00 | Alfred T. Giuliano, Giuliano Miller & Co., LLC., Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 509816375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2021 20:29:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 513579408 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 509816390 | | Telesolutions |
| cr | *+ | Robert Larson, 8 Northfield Court, Hazlet, NJ 07730-1259 |
| 510133566 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 245, Trenton New Jersey 08646 |
| 514893463 | *+ | Teich Groh, 691 State Highway 33, Trenton, New Jersey 08619-4407 |
| acc | ##+ | Giuliano, Miller & Co, LLC, Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |
| 509816369 | ##+ | Daniel Shaffer, 4890 Quill Court, Palm Beach, FL 34685-3699 |
| 513477869 | ##+ | DeWitt Ross & Stevens S.C., Sharon Galonski, 13935 Bishop's Drive Suite 300, Brookfield, WI 53005-6605 |
| 509816372 | ##+ | Gil Jeffrey, 42 Longview Avenue, Randolph, NJ 07869-3006 |
| 509816378 | ##+ | John Primallis, 23 Wood Chase lane, Kinnelon, NJ 07405-3334 |
| 509816382 | ##+ | Lawrence Kienle, c/o POA Robert S. Lewis, Esq., 133 Algonquin Trail, Medford, NJ 08055-1425 |
| 514893415 | ##+ | Teich Groh, 691 State Highway 33, Trenton, New Jersey 08619-4407 |

TOTAL: 1 Undeliverable, 3 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Sep 10, 2021 | Form ID: 137 | Total Noticed: 60 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

Adam P. Wofse
on behalf of Creditor Daniel Shaffer awofse@lhmlawfirm.com  ncr@lhmlawfirm.com

Adam P. Wofse
on behalf of Creditor Jack Shaffer awofse@lhmlawfirm.com  ncr@lhmlawfirm.com

Andrea Dobin
on behalf of Cross Defendant Kleinbard Bell & Brecker LLP adobin@msbnj.com

Andrea Dobin
on behalf of 3rd Party Plaintiff Kleinbard Bell & Brecker LLP adobin@msbnj.com

Andrea Dobin
on behalf of Defendant Kleinbard Bell & Brecker LLP adobin@msbnj.com

Andrew J. Kelly
on behalf of Interested Party Pat Giglio akelly@kbtlaw.com
wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Andrew J. Kelly
on behalf of Defendant Jeffrey Rosenberg akelly@kbtlaw.com
wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Anthony Sodono, III
on behalf of Mediator Anthony Sodono  III asodono@msbnj.com

Barry R. Sharer
on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Barry W. Frost
on behalf of Debtor LocalBizUSA  Inc. bfrost@teichgroh.com

Barry W. Frost
on behalf of Debtor LocalbizUSA  Inc bfrost@teichgroh.com

Ben Becker
on behalf of Creditor Becker Meisel LLC bhbecker@becker.legal  dakent@becker.legal;maferrentino@becker.legal

Brian R. Isen
on behalf of Interested Party North American Marketing Tours  Inc., International Consulting Management Group LLC and Louis Freedman rsolomon@foxrothschild.com

Brian R. Isen
on behalf of Interested Party North American Marketing Tours  Inc. and International Consulting Management Group LLC rsolomon@foxrothschild.com

Brian W. Hofmeister
on behalf of Debtor LocalBizUSA  Inc. bwh@hofmeisterfirm.com, j119@ecfcbis.com

Christopher J. Stanchina
on behalf of Accountant Thomas Freund chris@stanchinalaw.com

Christopher J. Stanchina
on behalf of Defendant Thomas J. Freund chris@stanchinalaw.com

Christopher J. Stanchina
on behalf of Interested Party Christopher J. Stanchina chris@stanchinalaw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Sep 10, 2021 | Form ID: 137 | Total Noticed: 60 |

Christopher J. Stanchina
    on behalf of Defendant Jeffrey Rosenberg chris@stanchinalaw.com

Chryssa Yaccarino
    on behalf of Interested Party Jeffrey Rosenberg cyaccarino@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;tgraga@kbtlaw.com;mgifford@kbtlaw.com

Chryssa Yaccarino
    on behalf of Cross Defendant Jeffrey Rosenberg cyaccarino@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;tgraga@kbtlaw.com;mgifford@kbtlaw.com

Chryssa Yaccarino
    on behalf of Defendant Jeffrey Rosenberg cyaccarino@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;tgraga@kbtlaw.com;mgifford@kbtlaw.com

Chryssa Yaccarino
    on behalf of Interested Party Pat Giglio cyaccarino@kbtlaw.com
    akelly@kbtlaw.com;wsheridan@kbtlaw.com;tgraga@kbtlaw.com;mgifford@kbtlaw.com

David A. Kasen
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dkasen@kasenlaw.com

David A. Kasen
    on behalf of Attorney Kasen & Kasen dkasen@kasenlaw.com

David L. Braverman
    on behalf of Petitioning Creditor Lawrence Kienle dbraver@braverlaw.com
    dmarano@braverlaw.com;dmayfield@braverlaw.com

David L. Braverman
    on behalf of Petitioning Creditor Barbara Buono dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com

David L. Braverman
    on behalf of Plaintiff LocalBizUSA Inc. dbraver@braverlaw.com, dmarano@braverlaw.com;dmayfield@braverlaw.com

David L. Braverman
    on behalf of Petitioning Creditor Anthony Bruno dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com

David L. Braverman
    on behalf of Petitioning Creditor Joseph Zaccardi dbraver@braverlaw.com dmarano@braverlaw.com;dmayfield@braverlaw.com

Edmond M. George
    on behalf of Trustee John W. Hargrave edmond.george@obermayer.com
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;colleen.schmidt@obermayer.com

Edmond M. George
    on behalf of Plaintiff LocalBizUSA Inc., by and through John W. Hargrave, Chapter 7 Trustee edmond.george@obermayer.com,
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;colleen.schmidt@obermayer.com

Edmond M. George
    on behalf of Debtor LocalBizUSA Inc. edmond.george@obermayer.com,
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;colleen.schmidt@obermayer.com

Eric A. Browndorf
    on behalf of Interested Party North American Marketing Tours ebrowndorf@cooperlevenson.com lnewton@cooperlevenson.com

Francis J. Ballak
    on behalf of Defendant Louis Freedman francis@gmslaw.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee United States Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jill M. Horton-Miller
    on behalf of Creditor Daniel Shaffer jhorton@pearcelaw1.com

Jill M. Horton-Miller
    on behalf of Creditor Alba Primallis jhorton@pearcelaw1.com

Jill M. Horton-Miller
    on behalf of Creditor John Primallis jhorton@pearcelaw1.com

Jill M. Horton-Miller
    on behalf of Creditor Lenny Salerno jhorton@pearcelaw1.com

Jill M. Horton-Miller
    on behalf of Creditor Jack Shaffer jhorton@pearcelaw1.com

John E. Kaskey
    on behalf of Plaintiff LocalBizUSA Inc. jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com

| District/off: 0312-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 137 | Total Noticed: 60 |

| | |
|---|---|
| John E. Kaskey | on behalf of Creditor Anthony Bruno jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Petitioning Creditor Lawrence Kienle jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Creditor Lawrence Kienle jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Petitioning Creditor Joseph Zaccardi jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Petitioning Creditor Barbara Buono jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Creditor Joseph Zeccardi jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Debtor LocalBizUSA Inc. jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Creditor Barbara Buono jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Debtor LocalbizUSA Inc jkaskey@braverlaw.com, dmarano@braverlaw.com;gollotto@braverlaw.com |
| John E. Kaskey | on behalf of Petitioning Creditor Anthony Bruno jkaskey@braverlaw.com dmarano@braverlaw.com;gollotto@braverlaw.com |
| John Louis Slimm | on behalf of Interested Party Christopher J. Stanchina jlslimm@mdwcg.com lmevans@mdwcg.com |
| John W. Hargrave | trustee@hargravelaw.com jwh@trustesolutions.net |
| John W. Hargrave | on behalf of Plaintiff LocalBizUSA Inc., by and through John W. Hargrave, Chapter 7 Trustee trustee@hargravelaw.com, jwh@trustesolutions.net |
| John W. Hargrave | on behalf of Trustee John W. Hargrave trustee@hargravelaw.com jwh@trustesolutions.net |
| Julian Alan Schulman | on behalf of Creditor Globalsoft Digital Solutions jschulman@suffernlaw.com mkissel@suffernlaw.com;r56782@notify.bestcase.com |
| Kevin M Hart | on behalf of Creditor Stark & Stark khart@stark-stark.com ccarlson@stark-stark.com |
| Kevin M Hart | on behalf of Defendant Stark & Stark khart@stark-stark.com ccarlson@stark-stark.com |
| Ramanjit K. Chawla | on behalf of Creditor State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us |
| Raymond M. Patella | on behalf of Interested Party North American Marketing Tours Inc., International Consulting Management Group LLC and Louis Freedman rpatella@kraemerburns.com |
| Richard J. Pepsny | on behalf of Creditor Robert Larson pepsnylawfirm@msn.com |
| Richard J. Pepsny | on behalf of Creditor Jerome M. Larson Jr. pepsnylawfirm@msn.com |
| Robert J Reilly, III | on behalf of Non Compliance Robert J Reilly III rreilly@rswlegal.com |
| Robert J Reilly, III | on behalf of Defendant Stark & Stark rreilly@rswlegal.com |
| Steven J. Brog | on behalf of Unknown Role Type Capaldi Reynolds & Pelosi P.A. sjbrog@pmbb.com |
| Timothy Patrick McCann | on behalf of Defendant Jeffrey Rosenberg tmccann@kbtlaw.com |
| Turner Falk | on behalf of Plaintiff LocalBizUSA Inc., by and through John W. Hargrave, Chapter 7 Trustee turner.falk@obermayer.com, coleen.schmidt@obermayer.com |
| Turner Falk | |

| | |
|---|---|
| | on behalf of Trustee John W. Hargrave turner.falk@obermayer.com coleen.schmidt@obermayer.com |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William G. Wright | on behalf of Petitioning Creditor Lawrence Kienle wwright@capehart.com jlafferty@capehart.com |

TOTAL: 71